Roniel Fernandez
Case # 25CV23511.
Defendant's: et al.

The United State's District Court for the Districts of New Jersey & Florida

I Roniel Fernandez; Is not capable of proceeding's; Due to involuntary commitment. which is causing obstruction of justice. The lack of capacity to properly defend my self during proceeding's; which was stated during the orginial submission for proceeding's. I request to hold court proceding's until further notice. The cause of this was stated in the orginial affidavate. which stated my right's to proper funding, housing & defense to handle this process with proper care and grace. As well as the coincidence of me being held against my will and not being able to defend my self properly is an infringement of my right's etc....if the timeline has passed beyond the time limit, which correlate's to the 20 day, of forfitting the civil summons. If no further inquiry has been sumbitted by Defendent's; By definition rule 6 of federal rule's of federal Procedure The demand's & litigation 08/17/25

Roniel Fernandez

FILED BY ___ 
SEP 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
D.C.

should be ruled in favor of the Plantiff. of Roniel Fernandez 3. any trust's 3. estate of cilda Garcia Proceeded 3. litigated to him, Roniel Fernandez. As well as include his involuntary status of Evidence 3. any proceed's involving his right's 3. safety Being infringed upon 3. Being held against his will and other infringesment's of his right's 3. body be used in the discovery process which will be submitted after his release. **As well as include any related propertie's or unknown information involving the estate or finding's.**

current location: Buttonwood Behavioral Health Hospital 600 Pemberton Brown's Mill's Road Pemberton NJ 08068

Roniel Fernandez          08/17/25

Roniel Fernandez
Po box 411
Newark NJ
07101

REC'D BY _____ D.C.
SEP 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

US District Court
for the southern District
of Florida
Wilkie D. Ferguson Jr. U.S
Courthouse 400 North Miami
Avenue Miami, FL 33128

SOUTH JERSEY NJ 080
19 AUG 2025 PM 5 L


