**UNITED STATES DISTRICT COURT**

**DISTRICTS OF NEW JERSEY AND FLORIDA**



*Case No: 25CV23511*

Roniel Fernandez, Plaintiff,
v.
Idelma Garcia; Tony Julio Garcia; Jose M. Fernandez; Plaintiff's Father; and Does 1–20, Defendants.

# NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff, proceeding pro se, hereby moves this Court for an Extension of Time to Complete Discovery and for an Order requiring that all future proceedings be honored remotely and that e-filings be accepted, pursuant to Federal Rule of Civil Procedure 5(d)(3).

Respectfully submitted,
/s/ Roniel Fernandez
Roniel Fernandez
P.O. Box 411, Newark, NJ 07101
Phone: 305-394-4964
Email: ronielgfernandez@gmail.com

# MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND TO HONOR REMOTE AND ELECTRONIC FILINGS

## BACKGROUND

Plaintiff filed a Complaint in this matter asserting claims of fraud, forgery, fraudulent conveyance, and obstruction of inheritance rights regarding the estates of Antonio and Gudelia García. Any delay or procedural irregularity in these proceedings has not been caused by Plaintiff, but rather stems from Defendants' probate mishandling, their obstruction, and the mishandling of filings that were not accurately recorded or transmitted.

For reasons entirely beyond Plaintiff's control—including displacement, obstruction of mail access, and the Court's failure thus far to honor remote or electronic filing options—Plaintiff has been unable to properly address the Court. Plaintiff's lack of access to his P.O. Box has further delayed his receipt of timely filings, notices, and discovery correspondence, compounding the prejudice against him.

## LEGAL BASIS

• Federal Rule of Civil Procedure 5(d)(3) requires courts to permit electronic filing by represented parties and, where feasible, by pro se litigants. Denial of such access creates procedural inequity.

• The Judicial Conference of the United States has recommended that courts ensure remote participation and electronic filing to maintain fairness and accessibility (Administrative Office of the U.S. Courts, 2020).

• The Due Process Clause of the Fourteenth Amendment guarantees meaningful access to the courts. When Plaintiff is unable to properly address the Court due to circumstances beyond his control, remote and electronic alternatives must be provided.

## REQUEST FOR RELIEF

1. Grant an extension of time for discovery to allow Plaintiff adequate opportunity to gather evidence, given delays caused by probate mishandling, lack of mail access, and unhonored correspondence.

2. Order that Plaintiff be permitted to submit filings electronically (e-filing) and appear remotely for hearings, in compliance with Fed. R. Civ. P. 5(d)(3), and direct that all further proceedings be honored remotely upon Plaintiff's request.

3. Direct the Clerk to serve all notices electronically to Plaintiff at the email address below and accept Plaintiff's filings via the Court's e-filing system or by email, as the Court deems appropriate.

4. Grant such further relief as the Court deems just and proper.

## PLAINTIFF CONTACT INFORMATION

Roniel Fernandez
P.O. Box 411, Newark, NJ 07101
Phone: 305-394-4964
Email: ronielgfernandez@gmail.com

## REFERENCES *(APA style)*

Federal Rules of Civil Procedure. (2018). Rule 5(d)(3) Electronic filing and signing.
Administrative Office of the U.S. Courts. (2020). Guidelines for conducting court business during the COVID■19 pandemic. Judicial Conference of the United States.
U.S. Const. amend. XIV, §1 (Due Process Clause).

Respectfully submitted,
/s/ Roniel Fernandez
Roniel Fernandez
P.O. Box 411, Newark, NJ 07101
Phone: 305-394-4964
Email: ronielgfernandez@gmail.com

# CIVIL COVER SHEET (JS■44 Summary)

*Case No: 25CV23511*

| Field | Value |
| --- | --- |
| Plaintiff | Roniel Fernandez |
| Plaintiff Address | P.O. Box 411, Newark, NJ 07101 |
| Plaintiff Phone/Email | 305-394-4964 / ronielgfernandez@gmail.com |
| Defendants | Idelma Garcia; Tony Julio Garcia; Jose M. Fernandez; Plaintiff's Father; and [ |
| Basis of Jurisdiction | Diversity (28 U.S.C. § 1332) |
| Nature of Suit | 890 Other Statutory Actions; Fraud/Forgery related to probate/real property |
| Origin | Original Proceeding |
| Cause of Action | Fraud; Forgery; Fraudulent Conveyance; Intestacy Rights; Obstruction of Jus |
| Requested Relief | Extension of discovery; Remote access; E■filing; Damages; Injunctive relief |
| Jury Demand | Yes (if requested by Plaintiff) |
| Case Number | 25CV23511 |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Extension of Time for Discovery and to Honor Remote and Electronic Filings, and for good cause shown, it is hereby ORDERED:

1. Plaintiff is granted an extension of time to complete discovery, with deadlines to be reset by the Court.

2. Plaintiff shall be permitted to submit filings electronically (e-filing) and appear remotely for all hearings, in accordance with Fed. R. Civ. P. 5(d)(3).

3. The Clerk shall serve all notices electronically to Plaintiff's provided email address.

SO ORDERED.

Dated: _____

_____

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion for Extension of Time for Discovery and to Honor Remote and Electronic Filings, together with the Civil Cover Sheet, to be served via the Court's electronic filing system (CM/ECF) and by email, where applicable, upon all counsel of record and/or pro se parties.

Dated: _____

/s/ Roniel Fernandez

Roniel Fernandez P.O. Box 411, Newark, NJ 07101 Phone: 305-394-4964 Email: ronielgfernandez@gmail.com



Roniel Fernandez
Po box 411
Newark NJ
07101

U.S. District Court for the Southern
District of Florida
Wilkie D. Ferguson Jr. U.S.
Courthouse 400 North Miami
Avenue Miami FL 33128

REC'D BY _____ D.C.
SEP 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI